**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CJ POWER SYSTEMS, INC. and
PARAMOUNT POWER, INC.,

Plaintiffs,

v. Case No. 3:26-cv-01244-JEP-SJH

SANTO MARINO, JR., CAVAN
ELECTRIC, INC., and AUBREY
EDGE,

Defendants.
______________________________/

# DEFENDANTS' DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy. The privacy protection of Rule 5.2, Federal Rules of Civil Procedure, applies to the disclosures.

## Recusal Information

If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

As to Cavan Electric, Inc.: Bedrock Construction Group, L.L.C.

Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

Bedrock Construction Group, L.L.C.
Yifat V. Schnur, Counsel of Plaintiffs (pro hac vice application pending)
YVLS Law, Counsel for Plaintiffs

Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

None.

If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

Not applicable.

Identify any entity or natural person not already disclosed and likely to actively participate in this action.

None.

Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

None.

## Citizenship Information

If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

If the filer is a **corporation**, the filer must identify every state and foreign state of incorporation and its principal place of business.

If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify every state and foreign state of incorporation, the filer's principal place of business, and the insured's citizenship.

If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.

If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

Not applicable.

If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

Not applicable.

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Respectfully submitted this August 13, 2026.

WEDEKIND LLP

By: */s/ Lee D. Wedekind, III*

Lee D. Wedekind, III (lead counsel)
Florida Bar Number 670588
Jamie W. Olinto
Florida Bar Number 85179
6867 Southpoint Drive North
Jacksonville, Florida 32216
(904) 596-3230 (direct)
lwedekind@wedekindllp.com
jolinto@wedekindllp.com
sbwedekind@wedekindllp.com

Attorneys for Defendants